# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MUSTAFA ANSARI,

    Plaintiff,

v.

DEPARTMENT OF EDUCATION, TRAINING, AND REHABILTATION, et al.,

    Defendants.

Case No. 2:22-cv-00561-GMN-NJK

**ORDER**

[Docket No. 20]

    Pending before the Court is Plaintiff's motion for leave to file documents. Docket No. 20. Plaintiff's motion appears to be an attempt to file a set of interrogatories to be served on Defendants on the Docket. *See id.* Unless the Court orders otherwise, discovery documents are not to be filed with the Court. Fed. R. Civ. P. 5(d)(1)(A); Local Rule 26-7.

    Accordingly, the Clerk's Office is **INSTRUCTED** to strike Docket No. 20 and return the documents to Plaintiff forthwith.

    IT IS SO ORDERED.

    Dated: March 14, 2023

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge