# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MUSTAFA ANSARI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, TRAINING, AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00561-GMN-NJK<br><br>**Order**<br><br>[Docket No. 23] |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 23. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b).

For good cause shown, Plaintiff's motion is **GRANTED** subject to the following:

- No later than May 3, 2023, Plaintiff must file a certification that he has completed a CM/ECF tutorial,[1] and that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[2]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

---

[1] This District does not currently have such a tutorial, but one is available through the Northern District of California's website, which can be found at https://cand.uscourts.gov/cases-e-filing/cm-ecf/e-filing-my-documents/tutorial/. The guidance provided therein is generally also applicable to filings in this District. Nonetheless, instructions specific to that court (such as the website address for filings in that District) do not apply to cases in this District.

[2] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

- Upon timely filing of the certification, Defendant shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: April 12, 2023

_____
Nancy J. Koppe
United States Magistrate Judge